IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| STATE OF ARKANSAS *ex rel.*<br>DUSTIN McDANIEL, Attorney General | PLAINTIFF |
| v.                    Case No. 4:09-cv-0457 | |
| EXPLICIT MEDIA, INC.<br>d/b/a VOICE SOLUTIONS | DEFENDANT |

## AFFIDAVIT OF SERVICE

STATE OF ARKANSAS    )
COUNTY OF PULASKI    )

**BEFORE THE UNDERSIGNED, Kym Armstrong**, a Notary Public, duly qualified and acting in and for said county and state, appeared **Kevin Wells**, to me well known to be the affiant herein, who stated the following under oath:

1.      I am an Assistant Attorney General within the Public Protection Department of the Office of the Arkansas Attorney General.

2.      I am an attorney of record in the above-captioned case.

3.      This action was filed on June 22, 2009.

4.      Pursuant to Rule 4(h) of the Federal Rules of Civil Procedure, a copy of the Summons and Complaint were delivered to Theresa Mulholland, the registered agent of Explicit Media, Inc., d/b/a Voice Solutions, who is authorized by appointment to receive service of process, via restricted and certified mail, with return receipt requested. The mail was signed for on July 14, 2009. [See "Domestic Return Receipt," attached as Exhibit 1.]

5.      This Affidavit has been filed pursuant to Fed. R. Civ. P. 4($l$)(1).

1

IN WITNESS THEREOF, I hereunto set my hand this **22**nd day of July, 2009.

**Kevin Wells**, Ark. Bar No. 2007213
Assistant Attorney General
Office of the Attorney General
323 Center Street, Suite 200
Lttle Rock, Arkansas  72201
Phone: (501) 682-8063
Email: Kevin.Wells@ArkansasAG.gov

SUBSCRIBED AND SWORN before me this **22**nd day of July, 2009.

Kym Armstrong, Notary Public

2