IN THE UNITED STATES DISTRICT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

STATE OF ARKANSAS *ex rel.*
DUSTIN McDANIEL, Attorney General                                     PLAINTIFF

v.                                     NO.: 4:09-CV-0457 JMM

EXPLICIT MEDIA, INC.
d/b/a VOICE SOLUTIONS                                                 DEFENDANT

## AGREED PRELIMINARY INJUNCTION

On June 22, 2009, the State of Arkansas ("the State") *ex rel.* Dustin McDaniel, Attorney General, filed a Complaint against Explicit Media, Inc., d/b/a Voice Solutions, ("Explicit Media"), alleging violations of the Telemarketing and Consumer Fraud and Abuse Prevention Act, 15 U.S.C. §§ 6101, *et seq.*, the Telemarketing Sales Rule, 16 C.F.R. pt. 310, the Telephone Consumer Protection Act, 47 U.S.C. § 227, 47 C.F.R. § 64.1200, the Arkansas Consumer Telephone Privacy Act, ARK. CODE ANN. § 4-99-401, *et seq.*, the Caller Identification Blocking by Telephonic Sellers Act, ARK. CODE ANN. §§ 4-99-301, *et seq.*, the Arkansas Deceptive Trade Practices Act, ARK. CODE ANN. § 4-88-101, *et seq.*, and ARK. CODE ANN. § 5-63-204. Pending resolution of this matter, the State and Explicit Media have reached an agreement setting forth certain preliminary injunctive relief; a Motion to Approve Agreed Preliminary Injunction has been filed to present this matter to the Court. With agreement of the parties, this Court does, therefore, ORDER, ADJUDGE, and DECREE the following:

1.     The State's Motion to Approve Agreed Preliminary Injunction is GRANTED;

2. By agreeing to this Preliminary Injunction, Explicit Media does not admit any allegation of fact or law set out in the State's Complaint. Explicit Media does not waive any defenses that it may have in this matter;

3. Pending further Orders of this Court and unless otherwise permitted by law, Explicit Media is enjoined and restrained from (a) placing, or causing to be placed, telemarketing calls to Arkansas residents without first accessing the "Do-Not-Call" registry maintained by the Federal Trade Commission ("FTC") for area codes (479), (501), and (870), (b) placing, or causing to be placed, telemarketing calls to Arkansas residents enrolled in the national "Do-Not-Call" registry maintained by the FTC, (c) causing to be displayed a fictitious or misleading telephone number on Arkansas residents' telephone caller identification services, (d) utilizing, or causing to be utilized, an automated system for the selection and dialing of telephone numbers to Arkansas residents, and (e) playing, or causing to be played, recorded messages related, either directly or indirectly, to the sale or attempted sale of goods and services to Arkansas residents;

4. Explicit Media shall monitor any and all telemarketers, or other entities, that it utilizes in its marketing efforts to assure compliance with the terms of this Preliminary Injunction.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Sept 8, 2009
_____
DATE

APPROVED:

*/s/ Kevin Wells*
Kevin Wells
Assistant Attorney General
State of Arkansas
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Ph: (501) 682-2007
*Counsel for Plaintiff*


*/s/ Cyril Hollingsworth*
Cyril Hollingsworth
Dover Dixon Horne PLLC
425 West Capitol, Suite 3700
Little Rock, AR 72201
Ph: (501) 375-9151
*Counsel for Defendant*