IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STATE OF ARKANSAS, ex rel.,**
**DUSTIN McDANIEL, ATTORNEY**
**GENERAL**                                                                                        **PLAINTIFF**

V.                                              4:09CR00457 JMM

**EXPLICIT MEDIA INC.**
**D/b/a VOICE SOLUTIONS**                                                       **DEFENDANT**

## ORDER

After consideration of the motion to admit counsel William E. Raney, pro hac vice, and it appearing to the Court that this attorney meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion (Docket # 10) should be, and hereby is, GRANTED.

SIGNED this 5th day of October 2009.

_____
UNITED STATES DISTRICT JUDGE